IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

ANGELA D. DAVIS,

    Plaintiff,

VS.                                                                                  No. _____

JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,

    Defendant.
_____

**COMPLAINT**
_____

    TO THE UNITED STATES DISTRICT COURT JUDGES OF THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION:

    1. Plaintiff is a resident and citizen of Shelby County, Tennessee and she resides at 591 Uptown Village Square, #102, Memphis, Tennessee 38107.

    2. Defendant, Johnson & Johnson Health Care Systems, Inc., is a corporation authorized to do business in the State of Tennessee and in fact conducting business in the State of Tennessee. The agent for service of process for the Defendant is C T Corporation System, 800 So. Gay Street, Suite 2021, Knoxville, Tennessee, 37929.

    3. Plaintiff was employed with the Defendant as an LC-2 associate/fork-lift driver. She has been employed by the Defendant since July, 2007. Plaintiff has been off of work due to stress, harassment and intolerable working conditions, as well as due to on-the-job injuries which are still being considered as workers' compensations claims. Plaintiff

complained to management and the authorities at the Defendant about this harassment and inappropriate activity, and as a result, she was subjected to retaliation on her job and inappropriate treatment.  Plaintiff was intimidated and directed to not complain about incidents at her employment.

The Defendant was especially adept at misusing and mislabeling her sick and vacation time at times that she was under a doctor's care.  The Defendant basically utilized its ambiguous and uncertain rules and directives and utilized them all against her.  Plaintiff had a legitimate workers' comp. claim that encouraged the Defendant to utilize its management team to oppress the Plaintiff and prevent her from getting short and long term disability payments under the employer compensation plan.

4.  The Plaintiff filed a charge of discrimination with the EEOC alleging, inter alia, race discrimination and racial color and tone discrimination.  Thereafter, the EEOC furnished her with a Dismissal and Notice of Rights Form, which was dated January 30, 2014, which affords the Plaintiff the right to file suit in this court pursuant to certain restrictions that are outlined therein.

5.  Plaintiff alleges that her employer violated the employment laws of the United States in that she was not protected and was subjected to  retaliation and conduct of the Defendant which was inconsistent and in contravention of Title VII of the Civil Rights.

Until shortly before her this harassment and retaliation, the Plaintiff had a satisfactory work record with the Defendant.

6.  As a result of the retaliation and discrimination, the Plaintiff has been damaged,

has suffered lost wages and benefits, lost opportunities, and lost income.

      7.  All of the explanations of the Defendant as to the processing of her complaints of racial harassment on the job are wrongful and based on pre-text, and she has been greatly retaliated against on a continuing and ongoing basis.

      8.  Defendant should be enjoined from its wrongful conduct and required to reinstate the Plaintiff to any position she would rightly hold and furnish her with back pay and compensatory damages for the retaliation which has occurred.

      **WHEREFORE, PREMISES CONSIDERED, IT IS PRAYED:**

      1.  That the Defendant be served with this complaint and be required to answer or suffer a judgment by default.  That the Plaintiff be allowed to amend or modify this complaint as might be appropriate.

      2.  For compensatory damages, lost pay and benefits, and for attorney fees for the wrongs complained of herein in an amount not to exceed THREE MILLION DOLLARS ($3,000,000.00).  For attorney fees and costs as provided by statute.

      3.  For such further and other relief as to which the Plaintiff may be entitled, including the right to amend or correct this complaint.

RESPECTFULLY SUBMITTED,

s/ Ted I. Jones

_____

Ted I. Jones, #11017
JONES & GARRETT
Professional Association
Suite 1200
2670 Union Avenue Extended
Memphis, Tennessee  38112
(901) 526-4249
Attorney for the Plaintiff

STATE OF TENNESSEE

COUNTY OF SHELBY

    I, ANGELA D. DAVIS, hereby state under oath or by affirmation that the facts and allegations contained within this complaint are true and correct to the best of my knowledge, information and belief, and that I am justly entitled to the relief sought.

/s/ Angela Davis

_____

ANGELA D. DAVIS


/s/ Ted I. Jones

_____

Notary Public


My commission expires:
10/13/16