## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA D. DAVIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:14-cv-02319-SHL-dkv |
| | ) | |
| JOHNSON & JOHNSON HEALTH CARE | ) | |
| SYSTEMS, INC., | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 01), filed May 2, 2014, the Plaintiff having failed to prosecute this case or to respond to the Court's Order to Show Cause,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Order Granting Defendant's Motion to Dismiss (ECF No. 30), filed February 18, 2015, and pursuant to Federal Rule of Civil Procedure 41(b), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE

February 18, 2015
Date